# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800108**
_____

**UNITED STATES OF AMERICA**
Appellee

v.

**BRIAN K. EATON, JR.**
Aviation Support Equipment Technician Second Class (E-5),
U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Stephen C. Reyes, JAGC, USN.
Convening Authority: Commander, Fleet Air Forward, Naval Air
Facilities Atsugi, Japan.
Staff Judge Advocate's Recommendation: Lieutenant Commander
David A. Christenson, JAGC, USN.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 21 June 2018

_____

Before HUTCHISON, SAYEGH, and ELLINGTON, *Appellate Military
Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court